UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| WITRICITY CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC.; and WIRELESS ADVANCED VEHICLE ELECTRIFICATION, LLC,<br><br>            Defendants. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF DAVID ZUCKER (DOC. NO. 20)**<br><br>Case No. 2:24-cv-00695<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

Local counsel Bryon Benevento has filed a Motion for Pro Hac Vice Admission[1] seeking admission of David Zucker as counsel for Defendants Ideanomics, Inc., and Wireless Advanced Vehicle Electrification, LLC.  Based on the motion and application, Mr. Zucker meet the requirements for pro hac vice admission under Rule 83-1.1(c) of the Local Rules of Civil Practice.  Therefore, the motion is GRANTED.

DATED this 14th day of November, 2024.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 20.)

1